IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Rotche, Lawrence R

Printed: 03/03/09

Case Number:  04 B 42046
Judge:  Wedoff, Eugene R
Filed:  11/12/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed: February 26, 2009
Confirmed:  January 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 26,283.68 |  |
| Secured: |  | 20,129.81 |
| Unsecured: |  | 2,011.74 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,442.13 |
| Other Funds: |  | 0.00 |
| Totals: | 26,283.68 | 26,283.68 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1.  Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2.  Ford Motor Credit Corporation | Secured | 20,129.81 | 20,129.81 |
| 3.  Illinois Dept Of Employment Sec | Unsecured | 227.80 | 227.80 |
| 4.  ECast Settlement Corp | Unsecured | 740.14 | 740.14 |
| 5.  Ford Motor Credit Corporation | Unsecured | 214.78 | 214.78 |
| 6.  ECast Settlement Corp | Unsecured | 829.03 | 829.02 |
|  |  | $ 24,841.56 | $ 24,841.55 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 109.99 |
| 4% | 64.61 |
| 3% | 41.52 |
| 5.5% | 253.80 |
| 5% | 69.22 |
| 4.8% | 143.98 |
| 5.4% | 501.78 |
| 6.6% | 257.23 |
|  | $ 1,442.13 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Rotche, Lawrence R

Printed: 03/03/09

Case Number:  04 B 42046
Judge:  Wedoff, Eugene R
Filed:  11/12/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: